**3/25/2015**                                                           **COA Case No. 01-13-00373-CR**
**CLARK, NORMA JEAN        Tr. Ct. No. 1295757                     PD-0172-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Wednesday, March 25, 2015.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

1ST COURT OF APPEALS  CLERK
CHRISTOPHER A. PRINE
301 FANNIN
HOUSTON, TX  77002-7006
* DELIVERED VIA E-MAIL *